UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

       United States of America,

           -against-

       Julian Lema-Bravo,
                Defendant(s).
------------------------------------------------------------X

                         NOTICE RE: CHANGE OF
                          TIME OF SENTENCING

                           7:25-CR-00395 (CS)

The Sentencing previously scheduled before this Court for **December 12, 2025 at 11:30 a.m.** will be held at **10:45 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                           /s/ Walter Clark, Courtroom Deputy

Dated:  December 5, 2025
          White Plains, New York